**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MHL TEK, LLC, §<br>　　Plaintiff, §<br>§<br>v. §<br>§<br>NISSAN MOTOR COMPANY ET AL., §<br>　　Defendants. §<br>§<br>§ | | CIVIL ACTION NO. 2:07-CV-289 (TJW) |

## MEMORANDUM OPINION AND ORDER

The court GRANTS Nissan's Motion to Join In and File a Memorandum in Support of Audi and Volkswagen's Motion to Transfer Venue (#111). The court will consider the memorandum that Nissan attached to its Motion to Join when deciding whether to grant Audi and Volkswagen's Motion to Transfer Venue.

SIGNED this 1st day of April, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE