**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **MHL TEK, LLC**<br><br>     Plaintiff<br><br>v.<br><br>**NISSAN MOTOR CO. et al.**<br><br>     Defendants | Case No. 2:07cv289-TJW |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR**
**LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS**

Pending before this Court is Defendants Dr. Ing. h.c. F. Porsche AG, Porsche Cars North America, Inc., Subaru of America, Inc., Subaru of Indiana Automotive, Inc., Nissan Motor Co., Ltd., Nissan North America, Inc., Nissan Technical Center North America, Inc., Hyundai Motor Co., Hyundai Motor America, Hyundai Motor Manufacturing Alabama, LLC, Kia Motors Corporation, Kia Motors America, Inc., BMW AG, BMW of North America, LLC, BMW Manufacturing Co., LLC, Isuzu Motors, Ltd., and Isuzu Motors America, Inc. (collectively "Defendants") Unopposed Motion for Leave to Supplement Invalidity Contentions. Having considered the Motion, the Court finds that good cause exists and is of the opinion that it should be **GRANTED**. Defendants shall be allowed to supplement their Invalidity Contentions with the Motorola Patent as set forth in their Motion.

SIGNED this 30th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE