IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MHL TEK LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-289 (TJW) |
| | § | |
| NISSAN MOTOR CO., ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Pending before the Court is Defendants Nissan, Hyundai, Kia, Isuzu, and Subaru's Motion to Consolidate (Dkt. No. 146). Defendants move to consolidate this case with *MHL Tek, LLC v. General Motors Corp., et al.*, Civil Action No. 2:08-CV-125 (TJW) (E.D. Tex.) (the "Second Action"). Plaintiff does not oppose the consolidation provided it does not affect the December 2009 trial date set by this Court in this action. The Court finds that this case is at a different stage than the Second Action, and consolidating the two cases at this time would require continuing the trial in this action. The Court, therefore, DENIES defendants' motion to consolidate.

SIGNED this 31st day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE