**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MHL TEK, LLC | § | |
| | § | |
| v. | § | CASE NO. 2:07-CV-289 |
| | § | |
| NISSAN MOTOR CO., ET AL. | § | |

## ORDER

Before the court is the defendants BMW AG's, BMW of North America, LLC's, BMW Manufacturing Co., LLC's, Dr. Ing. H.c.F. Porsche AG's, and Porsche Cars North America, Inc.'s Motion for Leave to File a Physical Exhibit (Dkt. No. 428) to their Motion for Summary Judgment of Non-Infringement.  Having considered the matter and that it is unopposed, the court GRANTS the defendants' motion.

SIGNED this  3rd  day of November, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE