# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MHL TEK, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NISSAN MOTOR CO. et al., <br><br> Defendants. | Case No. 2:07-cv-289-TJW <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION BY SCHRADER/TRW DEFENDANTS FOR LEAVE TO FILE PHYSICAL EXHIBITS TO THEIR MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

On this day came to be considered Defendants Subaru of America, Inc., Subaru of Indiana Automotive, Inc., Nissan Motor Co., Ltd., Nissan North America, Inc., Nissan Technical Center North America, Inc., Hyundai Motor Co., Hyundai Motor America, Hyundai Motor Manufacturing Alabama, LLC, Kia Motors Corporation, Kia Motors America, Inc., Isuzu Motors, Limited, and Isuzu Motors America, LLC's Motion for Leave to File Physical Exhibits (Dkt. No. 430) to Their Motion for Summary Judgment of Noninfringement.  After considering the Motion, the Court finds that the Motion should be GRANTED.  It is, therefore,

ORDERED that Defendants Subaru of America, Inc., Subaru of Indiana Automotive, Inc., Nissan Motor Co., Ltd., Nissan North America, Inc., Nissan Technical Center North America, Inc., Hyundai Motor Co., Hyundai Motor America, Hyundai Motor Manufacturing Alabama, LLC, Kia Motors Corporation, Kia Motors America, Inc., Isuzu Motors, Limited, and Isuzu Motors America, LLC's Motion for Leave to File Physical Exhibits to Their Motion for Summary Judgment of Noninfringement is GRANTED.

SIGNED this  3rd  day of November, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE