IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MHL TEK, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:07-cv 289-TJW ) |
| NISSAN MOTOR CO.; ET AL., | ) ) |
| Defendants. | ) ) |

ORDER GRANTING
UNOPPOSED MOTION BY HYUNDAI AND KIA DEFENDANTS FOR LEAVE TO
FILE A PHYSICAL EXHIBIT TO THEIR MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
OF ALL CLAIMS OF U.S. PATENT NO. 5,731,516

Before the Court is the Unopposed Motion for Leave to File a Physical Exhibit to their Motion for Summary Judgment (Dkt. No. 502) filed herein on November 17, 2009 by Hyundai and Kia Defendants. Having consider the matter and that it is unopposed, the Court GRANTS the Defendants' Motion.

SIGNED this 19th day of November, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE