UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MHL TEK, LLC, <br><br>    *Plaintiff*, <br><br> v. <br><br> NISSAN MOTOR CO. *et al.*, <br><br>    *Defendants*. | Case No. 2:07-cv-289-TJW |

## ORDER

Before the court is the defendants Audi AG's, Volkswagen AG's, and Volkswagen Group of America, Inc.'s Motion in Limine to Preclude Reference to the Presumption of Validity and to Whether Prior Art was Allegedly Considered by the Patent Office (Dkt. No. 485). Having considered the motion and the evidence, the defendants' motion is DENIED.

SIGNED this 30th day of November, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE