# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|   |   |   |
|---|---|---|
| MHL TEK, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 2:07-cv-00289-TJW |
| NISSAN MOTOR CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING SCHRADER/TRW DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS ON THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF ALL CLAIMS OF UNITED STATES PATENT NO. 5,731,516**

CAME ON FOR CONSIDERATION the unopposed motion by the Schrader/TRW Defendants to exceed page limitations in their Reply in Support of their Motion for Summary Judgment of Noninfringement of All Claims of United States Patent No. 5,731,516 (Dkt. No. 532). The Court is of the opinion that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Schrader/TRW Defendants may exceed the ten-page limit up to and including eleven (11) pages in their Reply in Support of their Motion for Summary Judgment of Noninfringement of All Claims of United States Patent No. 5,731,516.

IT IS FURTHER ORDERED that Plaintiff may exceed the ten-page limit up to and including eleven (11) pages in its Surreply brief to the Motion for Summary Judgment of Noninfringement of All Claims of United States Patent No. 5,731,516.

SIGNED this 7th day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE