IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MHL TEK, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN MOTOR CO., *et al.*,<br><br>    Defendants. | Case No.  2:07-cv-289-TJW<br><br><br><br>**JURY TRIAL DEMANDED** |

### ORDER

On this day came to be considered the Motion to Extend the Deadline to File a Surreply in Opposition to the BMW and Porsche Defendants' Motion for Summary Judgment of Non-Infringement (Dkt. No. 585) by Plaintiff MHL Tek, LLC ("MHL").

After considering the Motion, the Court finds that the motion should be GRANTED.  It is therefore ORDERED that the deadline for MHL to file its Surreply in Opposition to BMW and Porsche Defendants' Motion for Summary Judgment of Non-Infringement is extended to December 9, 2009.

SIGNED this 14th day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE